Keith D. Cable, Esq., SBN 170055
**CABLE LAW, APC**
101 Parkshore Drive, Suite 100
Folsom, CA  95630
Tel. 916/608-7995
Fax 916/608-7986

Attorney for Plaintiff
TAYLOR BROPHY

Nicole M. Cahill, Esq., SBN 287165
**LONGYEAR & LAVRA, LLP**
3620 American River Drive, Ste. 230
Sacramento, CA  95864
Tel. 916/974-8500
Fax 916/974-8510

Attorney for Defendant
COUNTY OF SACRAMENTO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| TAYLOR BROPHY, | Case No.: 2:20-cv-00390-KJN |
|---|---|
| Plaintiff, | |
| v. | **ORDER EXTENDING DEADLINES IN PRETRIAL SCHEDULING ORDER** |
| COUNTY OF SACRAMENTO, | |
| Defendant. | |

The Court, having reviewed the parties' Stipulation to Extend Deadlines in Pretrial Scheduling Order, and good cause appearing therefore, hereby orders that the following

1
ORDER EXTENDING DEADLINES IN PRETRIAL SCHEDULING ORDER

deadlines set forth in the Pretrial Scheduling Order be amended, as follows:

    1)    Discovery motion deadline shall be extended from October 15, 2020, to **February 16, 2021**;

    2)    Non-expert discovery deadline shall be extended from October 26, 2020, to **March 1, 2021**;

    3)    Expert disclosure deadline shall be extended from December 29, 2020, to **April 30, 2021**;

    4)    Supplemental expert disclosures shall be due on or before **May 30, 2021**;

    5)    Expert discovery deadline shall be extended to **June 29, 2021**; and

    6)    Law and motion (non-discovery) deadline shall be extended to **August 31, 2021**.

Dated:  October 13, 2020

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

390.ext