LONGYEAR & LAVRA, LLP
Van Longyear, CSB No. 84189
Nicole M. Cahill, CSB No. 287165
3620 American River Drive, Suite 230
Sacramento, CA 95864
Phone: (916) 974-8500
Facsimile: (916) 974-8510

Attorneys for Defendant, COUNTY OF SACRAMENTO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR BROPHY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF SACRAMENTO and DOES 1 THROUGH 50, inclusive,<br><br>　　　　Defendants. | Case No.: 2:20-CV-00390-KJN<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL AND [PROPOSED] ORDER**<br><br>Complaint Filed: 01/15/2020 |

1. In consideration for a waiver of all attorney's fees and litigation costs, the Plaintiff has agreed to dismiss with prejudice any and all claims arising from his Complaint.
2. Each side to bear its own fees and costs.

Dated:  March 3, 2021                LONGYEAR & LAVRA, LLP


                                                              By:  /s/ Nicole M. Cahill
                                                                      VAN LONGYEAR
                                                                      NICOLE M. CAHILL
                                                                      Attorneys for Defendants
                                                                      County of Sacramento

Dated: March 3, 2021                                    CABLE LAW, APC

                                        By: /s/ Keith Cable [as authorized 3-3-21]
                                            KEITH CABLE
                                            Attorney for Plaintiff

## ORDER

All parties consented to the jurisdiction of a U.S. Magistrate Judge under 28 U.S.C. § 636(c)(1) in this matter.  (ECF Nos. 5, 6.)  Pursuant to the parties' Stipulation, this action is hereby DISMISSED with prejudice, with each party to bear its own fees and costs.  The Clerk of Court is directed to close this case.

Dated:  March 4, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE